DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEAN NASIFF,**
Appellant,

v.

**TREVO SAHN,** et al.,
Appellees.

No. 4D2025-3187

[July 23, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley Jr., Judge; L.T. Case No. 502024CA001531XXXAMB.

Nicole M. Quattrocchi of The Quattro Firm, P.A., West Palm Beach, for appellant.

Jeffrey A. Backman and Ronald A. Charlot-Aviles of Greenspoon Marder, LLP, Fort Lauderdale, for appellee Trevo Sahn.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***